FILED

SEP -1 AM 9:52

[stamp illegible]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

**CV 09 80198 MISC**

Robert John McNair - #147939

_____/

**ORDER TO SHOW CAUSE**

It appearing that Robert John McNair has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert John McNair
Attorney at Law
368 Redtail Place
San Pablo, CA 94806